UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MFREVF-LOFTS AT SODO LLC,**

    **Plaintiff,**

**v.**                                                                                Case No:  6:18-cv-1419-Orl-41TBS

**RICHARD STANLEY,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on Defendant's Application to Proceed in District Court without Prepaying Fees or Costs ("Application," Doc. 5). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation ("R&R," Doc. 6), in which he recommends denying Defendant's Application. He further recommends remanding this case for want of subject matter jurisdiction. (*Id.* at 4–6).

Also before the Court is Defendant's Emergency Motion for a Temporary Restraining Order[1] ("Motion for TRO," Doc. 7), which also includes a Motion to Amend the Complaint.[2]

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the R&R. This Court has no jurisdiction to hear any part of this dispute, including the Motion for TRO.

---

[1] Defendant's Motion for TRO was not an emergency. Defendant should be wary of filing motions under emergency status that do not qualify as such.
[2] Only a plaintiff can amend a complaint.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **REMANDED** to the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 2018-CC-5944-O.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party